ACCEPTED
06-14-00114-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/23/2015 9:16:39 AM
DEBBIE AUTREY
CLERK

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-14-00114-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

2/23/2015 9:16:39 AM

DEBBIE AUTREY
Clerk

_____

RANDYEAL DONTRELL TYSON, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE COUNTY COURT AT LAW
LAMAR COUNTY, TEXAS
TRIAL COURT NO. 61504; HONORABLE BILL HARRIS, JUDGE

_____

# APPELLEE'S (STATE'S) MOTION TO AMEND, SUPPLEMENT OR REDRAW APPELLANT'S BRIEF

_____

Gary D. Young, County and District Attorney
Lamar County and District Attorney's Office
Lamar County Courthouse
119 North Main
Paris, Texas     75460
(903) 737-2470
(903) 737-2455 (fax)

**ATTORNEYS FOR THE STATE OF TEXAS**
**ORAL ARGUMENT WAIVED**

1

CAUSE NO. 06-14-00114-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

_____

RANDYEAL DONTRELL TYSON, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE COUNTY COURT AT LAW
LAMAR COUNTY, TEXAS
TRIAL COURT NO. 61504; HONORABLE BILL HARRIS, JUDGE

_____

# APPELLEE'S (STATE'S) MOTION TO AMEND, SUPPLEMENT OR REDRAW APPELLANT'S BRIEF

_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the State of Texas, by and through Gary D. Young, the elected County and District Attorney of Lamar County, Texas and the Lamar County and District Attorney's Office, respectfully submits this Motion to Extend Time to File Brief under Tex. R. App. P. 10 and 38. The State of Texas moves this Court pursuant to the Texas Rules of Appellate Procedure

for an extension of time in which to file the Appellee's (State's) Brief upon good cause shown below.

## I.

On or about December 19, 2014, the appellant filed his brief in the above-styled and numbered appellate cause. As the appellee, the State filed its brief on February 10, 2015.

On or about February 18 or 20th of 2015, the County Clerk of Lamar County filed a supplemental clerk's record that included a bill of costs. *See* Supp. CR, pg. 3.

## II.

With his fourth issue, the appellant, Tyson, alleged that the record did not contain a certified bill of costs; therefore, Tyson cannot be made to pay costs of court. *See* Appellant's Brief, pgs. 4, 20. Since the filing of Tyson's brief, however, the County Clerk of Lamar County filed a supplemental clerk's record that included a bill of costs. *See* Supp. CR, pg. 3.

## III.

Under the authority of Rule 38.9 of the Texas Rules of Appellate Procedure, the State asks this Court to order the appellant (Tyson) to amend, supplement or redraw his brief. *See* Tex. R. App. P. 38.9 ("Because briefs

are meant to acquaint the court with the issues in a case and to present argument that will enable the court to decide the case, substantial compliance with this rule is sufficient, . . .").  Now that the County Clerk has filed a supplemental clerk's record on or about February 20th, that included a bill of costs, the appellant, Tyson, should amend, supplement or redraw his brief with respect to the fourth issue/point of error.  *See id.*

In the alternative, the State asks this Court to hold that the appellant's, Tyson's, fourth issue/point of error is now moot.

IV.

The purpose of this motion is not for delay because the above-styled and numbered cause is not set for submission until March 3, 2015, but so that justice may be had by all parties.

WHEREFORE PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to this Court's motion docket, this Court grant the State's Motion to Amend, Supplement or Redraw Appellant's Brief; or in the alternative, this Court should that the appellant's, Tyson's, fourth and final issue should be moot; and for such other and further relief, both at law and in equity, to which it may be justly and legally entitled.

Respectfully submitted,

Gary D. Young
Lamar County & District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas    75460
(903) 737-2470
(903) 737-2455 (fax)


By:_____
            Gary D. Young, County Attorney
            SBN# 00785298

**ATTORNEYS FOR STATE OF TEXAS**

**CERTIFICATE OF SERVICE**

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the "Appellee's (State's) Motion to Amend, Supplement or Redraw the Appellant's Brief" has been served on the 23rd day of February, 2015 upon the following:

Don Biard
McLaughlin Hutchison & Biard LLP
38 First Northwest
Paris, TX    75460


_____
GARY D. YOUNG